THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Alejandro Perez       
Appellant.
 
 
 

Appeal From Saluda County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2004-UP-037
Submitted November 19, 2003 – Filed January 20, 2004 

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz III, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; and Solicitor Donald V. Meyers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Alejandro Perez appeals from 
 his conviction arguing the trial judge’s charge on proximate cause erroneously 
 informed the jury that Perez could be guilty even if the victim’s negligence 
 was the proximate cause of his death. Counsel for Perez attached to the final 
 brief a petition to be relieved as counsel.  
Perez filed a separate 
 pro se brief.  The arguments in the pro se brief allege the officer’s 
 negligence was primarily the cause of the accident.  Further, Perez argues the 
 lack of an important witness’s testimony concerning the officer’s speed prejudiced 
 his case.  We find both arguments meritless.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Coe’s appeal 
 and grant counsel’s petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 HUFF, STILWELL, and BEATTY, JJ., concur.

 
 [1] Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.